FILED
APR 13 2020
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

20-mc-8 (BAH)

IN RE: RAIL FREIGHT FUEL SURCHARGE
ANTITRUST LITIGATION (NO. II)

MDL No. 2925

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO -8)

On February 6, 2020, the Panel transferred 26 civil action(s) to the United States District Court for the District of Columbia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2020). Since that time, 17 additional action(s) have been transferred to the District of Columbia. With the consent of that court, all such actions have been assigned to the Honorable Beryl A. Howell.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Columbia and assigned to Judge Howell.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Columbia for the reasons stated in the order of February 6, 2020, and, with the consent of that court, assigned to the Honorable Beryl A. Howell.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Columbia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Apr 13, 2020

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: RAIL FREIGHT FUEL SURCHARGE
ANTITRUST LITIGATION (NO. II)

MDL No. 2925

## SCHEDULE CTO-8 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| CALIFORNIA NORTHERN | | | |
| CAN | 5 | 20-00805 | Mitsui O.S.K. Lines, Ltd. v. CSX Transportation, Inc. et al |



**ECF DOCUMENT**
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.

ANGELA D. CAESAR, CLERK